UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NICHOLE LYNN BAXTER**

**VERSUS**

**JASON MICHAEL ANDERSON, ET AL.**

**CIVIL ACTION**

**NO. 16-142-JWD-RLB**

# O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued June 21, 2016, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 4) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>July 11, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**