# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICHOLE LYNN BAXTER** | **CIVIL ACTION NO.: 16-CV-142** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **JASON MICHAEL ANDERSON, KLLM TRANSPORT SERVICES, L.L.C., AND GREAT WEST CASUALTY COMPANY** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 10, 2017, to which no objection was filed:

**IT IS ORDERED** that KLLM Transport Services, LLC and Great Western Casualty Company's Motion to Dismiss for Failure to Comply with a Court Order, or in the Alternative, Motion to Exclude Plaintiff's Vocational Rehabilitation Expert and Economist and Corresponding Claims (R. Doc. 31) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>April 25, 2017</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**